

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Arun G. Rao**
Partner
T: +1 202 263 3221
ARao@mayerbrown.com

July 2, 2026

<u>VIA CM/ECF</u>

Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     <u>United States v Public Partnerships, LLC, et al.,</u>
        <u>1:26-cv-03601</u>

Dear Judge Cho:

We represent Defendants Dr. James McDonald, the Commissioner of the New York State Department of Health ("DOH"), and Amir Bassiri, the State Medicaid Director, in the above referenced matter. Along with Phil O'Beirne, counsel for Defendant Public Partnerships, LLC, we jointly request the assignment of a District Court Judge in this matter.

On June 24, 2026, counsel for Plaintiff sent requests for waiver of service as to Defendants Dr. McDonald and Mr. Bassiri, setting August 23, 2026 as the date for those Defendants to serve an answer or motion in response to the Complaint. The Complaint includes three counts – two as to PPL and one as to Dr. McDonald and Mr. Bassiri. Dr. McDonald, Mr. Bassiri, and Public Partnerships, LLC all intend to file Motions to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b). The parties have not consented to jurisdiction of a Magistrate Judge in this action. Therefore, we respectfully request that the Clerk of Court assign a District Judge to this case.

We thank the Court for its time and attention to this issue.

Best regards,

Arun G. Rao
Partner

Gina M. Parlovecchio
Partner
Mayer Brown LLP

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

1761327257.1

Mayer Brown LLP

cc:     Philip J. O'Beirne
        Partner, Stein Mitchell Beato & Missner LLP
        Counsel for Public Partnerships LLC

        Patrick Runkle
        Assistant Director, Enforcement & Affirmative Litigation Branch
        U.S. Department of Justice, Civil Division
        Counsel for United States