**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>  v.<br><br>PUBLIC PARTNERSHIPS, LLC, *et. al*.<br><br>  *Defendants*. | Case No. 1:26-CV-03601-OEM |

**DEFENDANT PUBLIC PARTNERSHIPS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a), undersigned counsel for Defendant Public Partnerships, LLC ("PPL"), a party to the above-captioned action, certifies that PPL is a limited liability company organized under the laws of the State of Delaware. No publicly-held corporation owns ten percent (10%) of more of PPL's membership interests and no publicly-held corporation owns ten percent (10%) of more in any member of PPL that has a ten percent (10%) or greater interest in PPL.

Dated: July 13, 2026
Respectfully submitted,

*/s/ Melissa S. Fox*
Melissa S. Fox (N.Y. Bar. 4507729)
MFox@steinmitchell.com
Philip J. O'Beirne *
POBeirne@steinmitchell.com
Nicholas W. Cannon *
NCannon@steinmitchell.com
Samantha P. Christensen *
SChristensen@steinmitchell.com

STEIN MITCHELL BEATO
& MISSNER LLP
2000 K Street NW, Suite 600

Washington, D.C. 20006
Tel: (202) 737 -7777
Fax: (202) 296 -8312

*Counsel for Defendant Public
Partnerships LLC*

\* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 13, 2026, a true and correct copy of the foregoing was served upon all counsel of record, including counsel for Plaintiff United States of America and counsel for Defendants James McDonald and Amir Bassiri, via the "Notice of Electronic Filing" automatically generated by the court's CM/ECF electronic filing system.


Dated: July 13, 2026                                             */s/ Melissa S. Fox*
                                                                        Melissa S. Fox (N.Y. Bar 4507729)