MAYER | BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America
T: +1 202 263 3000
F: +1 202 263 3300
mayerbrown.com

**Arun G. Rao**
Partner
T: +1 202 263 3221
F: +1 202 263 3300
ARao@mayerbrown.com

August 3, 2026

The Honorable Orelia E. Merchant
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:     United States of America v. Public Partnerships, LLC, et al.
        No. 1:26-cv-3601 (OEM) (JRC)

Dear Judge Merchant:

        Pursuant to Section III(F)(2) of the Court's Individual Practices and Rules, Defendants Dr. James McDonald and Mr. Amir Bassiri (the "New York defendants") respectfully request leave to file a 35-page memorandum of law in support of their motion to dismiss due on August 10, 2026, exceeding the page limits set forth in Section III.F by 10 pages.

        The additional pages are necessary due to the complexity and significance of the issues presented. This case involves a 57-page complaint filed by the United States that, among other things, asserts that the New York defendants have violated two federal criminal statutes in their official capacities as New York State officials and that Mr. Bassiri has violated these statutes in his individual capacity as well. The memorandum of law must address the allegations against both defendants, the showing required to state a claim that 18 U.S.C. §§ 371 and 1035 have been violated, and the requirements for injunctive relief under 18 U.S.C. § 1345. The additional pages will allow the New York defendants to fully address the multiple issues raised by these different claims.

        Accordingly, the New York defendants respectfully request leave to exceed the page limits and file a 35-page memorandum of law in support of their motion to dismiss.

                                Respectfully submitted,

                                /s/ Arun G. Rao
                                Arun G. Rao

cc: All Counsel of Record (via ECF)