**MAYER | BROWN**

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America
T: +1 202 263 3000
F: +1 202 263 3300
mayerbrown.com

**Arun G. Rao**
Partner
T: +1 202 263 3221
F: +1 202 263 3300
ARao@mayerbrown.com

August 10, 2026

*VIA ECF AND ELECTRONIC MAIL*

Patrick Runkle
*Counsel for the United States of America*
Assistant Director
U.S. Department of Justice, Enforcement & Affirmative Litigation Branch
450 Fifth Street, NW
Washington, D.C. 20001

Philip J. O'Beirne
*Counsel for Defendant Public Partnerships, LLC*
Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, D.C. 20006

Re:  United States of America v. Public Partnerships, LLC, et al.
       No. 1:26-cv-3601 (OEM) (JRC)

Dear Counsel:

This firm represents Defendants Dr. James McDonald and Mr. Amir Bassiri in the above-referenced matter. Pursuant to Section III(G)(1) of the Honorable Orelia E. Merchant's Individual Rules and Practices, we enclose the following documents:

- Notice of Defendants Dr. James McDonald and Amir Bassiri's Motion to Dismiss Plaintiff's Complaint;
- Memorandum of Law in Support of Motion to Dismiss of Defendants Dr. James McDonald and Amir Bassiri; and
- Declaration of Arun G. Rao in Support of the Defendants Dr. James McDonald and Amir Bassiri's Motion to Dismiss with Exhibits.

On the day the Motion to Dismiss is fully briefed, we intend to file these moving papers by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/ Arun G. Rao*
Arun G. Rao

*Counsel for Dr. James McDonald and Mr. Amir Bassiri*

cc: The Honorable Orelia E. Merchant (via ECF without attachments)