

SAMANTHA P. CHRISTENSEN
schristensen@steinmitchell.com | Direct 202.661.0909

2000 K Street, NW Suite 600
Washington, DC 20006

P 202.737.7777
F 202.296.8312

www.steinmitchell.com

August 10, 2026

***Via* E-mail and U.S. Mail**
Patrick R. Runkle
U.S. Department of Justice
Enforcement & Affirmative Litigation Branch
450 Fifth Street, NW Sixth Floor S
Washington, DC 20001
Patrick.R.Runkle@usdoj.gov

Arun G. Rao
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
Arao@mayerbrown.com

> **Re:** ***United States v. Public Partnerships, LLC et al.***
> **Case No. 1:26-cv-3601-OEM-JRC (E.D.N.Y.)**

Dear Counsel:

This law firm, Stein Mitchell Beato & Missner LLP, represents Defendant Public Partnerships LLC ("PPL") in the above-referenced matter. Pursuant to Rule III(G) of Judge Merchant's Individual Practices and Rules, enclosed for service upon Plaintiff United States and Defendants James McDonald and Amir Bassiri are the following motion papers in support of PPL's motion to dismiss:

1. Notice of Motion to Dismiss the Complaint, dated August 10, 2026
2. PPL's Memorandum of Law in Support of the Motion to Dismiss, dated August 10, 2026
3. Declaration of Philip J. O'Beirne in support of PPL's Motion to Dismiss, dated August 10, 2026;
4. Exhibits A – E to the Declaration of Philip J. O'Beirne in Support of PPL's Motion to Dismiss; and
5. Proposed Form of Order

Please be advised that copy of this cover letter shall be electronically filed to memorialize service of the above listed motion papers. However, the motion papers shall not be filed with the Court until the motion has been fully briefed in accordance with Rule(III)(G) of Judge Merchant's Individual Practices and Rules.

Sincerely,

Samantha P. Christensen

Enclosures

cc:     All counsel of record (via email)
           Hon. Orelia E. Merchant (via ECF)