**U.S. Department of Justice**
Enforcement & Affirmative Litigation Branch

**Direct Contact**
Phone: (202) 532-4723
Email: Patrick.R.Runkle@usdoj.gov
Fax: (202) 514-8742

**Overnight Delivery Address**
450 Fifth Street, NW
Sixth Floor South
Washington, D.C. 20001

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044-0386

August 31, 2026

<u>*VIA ECF AND ELECTRONIC MAIL*</u>

Philip J. O'Beirne
*Counsel for Defendant Public Partnerships, LLC*
Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, D.C. 20006
Pobeirne@steinmitchell.com

Arun G. Rao
*Counsel for Defendants Dr. James McDonald and Amir Bassiri*
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
Arao@mayerbrown.com

Re: *United States v. Public Partnerships, LLC ("PPL") et al., No. 1:26-cv-03601 (OEM)*

Dear Counsel:

Pursuant to Section III(G)(1) of the Honorable Orelia E. Merchant's Individual Rules and Practices, Plaintiff United States of America encloses the following documents:

- Memorandum of Law in Opposition to Defendant Public Partnerships, LLC's Motion to Dismiss.

Best,

Patrick Runkle
Assistant Director

cc: The Honorable Orelia E. Merchant (via ECF without attachments)