**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>PUBLIC PARTNERSHIPS, LLC, *et. al*.,<br><br>*Defendants*. | Case No. 1:cv-26-3601-OEM-JRC<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1),(6), 12(f)** |

**PLEASE TAKE NOTICE** that Defendant Public Partnerships, LLC ("Defendant" or "PPL"), by and through the undersigned attorneys, shall move before the Honorable Orelia E. Merchant, United States District Judge for the Eastern District of New York, as soon as Defendant may be heard, for an Order (i) dismissing Counts I and II of the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and (ii) striking Plaintiff's request for appointment of a receiver pursuant to Fed. R. Civ. P. 12(f).

**PLEASE TAKE FURTHER NOTICE** that Defendant's accompanying Memorandum of Law, Declaration in support of the Motion, accompanying exhibits, and a proposed form of Order are enclosed herewith.

*[SIGNATURE ON FOLLOWING PAGE]*

Dated: August 10, 2026

Respectfully submitted,

s/ *Philip J. O'Beirne*

Philip J. O'Beirne*
POBeirne@steinmitchell.com
Nicholas W. Cannon*
NCannon@steinmitchell.com
Samantha P. Christensen*
SChristensen@steinmitchell.com
Melissa S. Fox (N.Y. Bar No. 4507729)
MFox@steinmitchell.com
STEIN MITCHELL BEATO
& MISSNER LLP
2000 K Street, N.W., Suite 600
Washington, D.C. 20006
(202) 737-7777 (telephone)
(202) 296-8312 (fax)

*Counsel for Defendant PPL*

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 10th day of August 2026 via electronic mail upon all counsel of record as reflected in the below Service List.

*s/ Philip J. O'Beirne*
Philip J. O'Beirne

*Counsel for Public Partnerships LLC*

SERVICE LIST

Patrick R. Runkle
Patrick.R.Runkle@usdoj.gov
Francisco L. Unger
Franscico.L.Unger@usdoj.gov
Shimeng Zhang
Shimeng.Zhang@usdoj.gov
**U.S. Department of Justice**
Civil Division
P.O. Box 386
Washington, DC 20044

Michael S. Blume
Michael.Blume@usdoj.gov
**U.S. Attorney's Office**
Eastern District of New York
271 Cadman Plaza East
Brooklyn NY 11201

*Counsel for United States*

Arun G. Rao
ARao@igint.com
**Mayer Brown LLP**
1999 K Street NW
Washington, DC 20006

Gina M. Parlovecchio
GParlovecchio@mayerbrown.com
**Mayer Brown LLP**
1221 Avenue of the Americas
New York, NY 10020

*Counsel for Defendants McDonald and Bassiri*

Guy Petrillo
GPetrillo@pkbllp.com
Emma Susanne Spiro
ESpiro@pkbllp.com
**Petrillo Klein & Boxer LLP**
655 Third Avenue
New York, NY 10017

*Counsel for Defendant Bassiri*