# EXHIBIT E

(Redacted)

YOUR LIFE
YOUR CARE
YOUR PEOPLE

# Board Meeting

**October 16, 2024**

© 2024 PPL | PROPRIETARY & CONFIDENTIAL

Case 1:26-cv-03601-OEM-JRC Document 47-7 Filed 09/11/26 Page 3 of 18 PageID #: 627



## Board Members / Observers
*(alphabetical)*

Michael Barulich
*DW Healthcare Partners*

Vincent Coppola
*President & CEO*

Scott Gallin
*Linden Capital Partners*

Darin Gordon
*Speire Healthcare Strategies*

Miki Kapoor
*Linden Capital Partners*

Eric Moore
*DW Healthcare Partners*

William Mosakowski
*PCG US*

Doug Schillinger
*DW Healthcare Partners*
*PPL Chairman of the Board*

## Invited Guests

*Vicente Armendariz*
*EVP of Operations*

*Srithal Bellary*
*Chief Technology Officer*

Colin Chilinski
*DW Healthcare Partners*

Sherwin Krug
*Chief Financial Officer*

*Maria Perrin*
*Chief Growth Officer*



CONFIDENTIAL PPL071773

# AGENDA

I. CEO Update
II. Financial Statements
III. I&A and Operations Update
IV. Technology Update – including demo
V. Sales Pipeline Update
VI. New York Update and Implementation Plan
VII. Governance
VIII. Executive Session
IX. Audit Committee Meeting
X. Appendix

# EXECUTIVE SUMMARY

## CEO Summary

**Wins and Growth:**

- **Won the NY CDPAP Contract!** Team is energized and has begun to execute on the implementation plan. This win is a game changer for PPL and also the self-direction market as a whole.
- Detailed contract negotiations are underway and NY DOH have been extremely collaborative throughout this process.
- [redacted]
- Closed $5.2M (w/o NY) new revenue ACV since last board meeting. Win rate is currently at 83% and we continue to aggressively pursue new opportunities nationally.

**Immediate Priorities:**

- Successful implementation of the NY CDPAP Contract. We've developed our implementation strategy well before the formal award
- [redacted]
- Continue to build the team. Key hiring initiatives underway across all key functions.
- Managing a successful relocation to New York. Selected new Corporate HQ in Albany, NY, with a secondary hub location in NYC.

**Results to August 2024 :**

- [redacted]
- PPL existing business expected to continue to track above the reforecast for the remainder of the year. NY start-up expenses will be capitalized from the award date and amortized over 5 years from the go-live date.

## CEO Summary cont.

**People priorities:**

- NY hiring is underway. In order to help ensure a smooth implementation, we are targeting professionals in New York with applicable domain experience/relationships (DOH, Medicaid etc).
- We need to onboard a NY CTO and NY VP of Finance. Efforts are underway to recruit experienced professionals in NY with Medicaid experience.
- Already onboarded or have signed offers for several key NY hires: VP of Operations, VP of Client Engagement, VP of PMO and a Director of HR.
- Ramping up staffing using internal recruiters and staffing agencies, as well as relationships we have in the NY market.

**Tech priorities:**

- Numerous Tech Projects in development, all needed for NY: PPL@Home (NextGen intake system), Workday Payroll and Benefits system and Data Lake (complete).
- Quicker burn down of Change Requests. Progress is slow due to the age of our systems. White Glove clients generally satisfied. NextGen will render the majority of Change Orders moot.
- Company will run legacy business on existing systems until after NY implemented. Tech Spend reductions will come after the full launch of NY (late 2025 into 2026)

**Cash/Debt/Audit**

- Significant spend on various technology projects, increased funding required on Program Loans and hiring for NY are placing pressure on cash flow.
- [redacted]
- 

# FINANCIAL STATEMENTS
# EIGHT MONTHS ENDED
# AUGUST 31, 2024

# (+ FLASH FOR SEPTEMBER)

## PERSONNEL

### Employees and Full Time Consultants

| | 1/1/2024 | 6/30/2024 | 10/11/2024 | Projected 12/31/24 (with NY Staffing) | Projected 12/31/25 NY Staff |
|---|---|---|---|---|---|
| Employees | 952 | 992 | 1,014 | 1,639 | |
| Consultants | 283 | 182 | 184 | 184 | |
| **Total Employees and Consultants** | **1,235** | **1,174** | **1,198** | **1,823** | |
| | | | | | |
| New Jersey Direct | 341 | 366 | 339 | 375 | |
| New York Direct* | - | - | 2 | 525 | 1,252 |
| Technology Personnel (excluding NY Direct) | 170 | 159 | 190 | 215 | |
| All Other Personnel | 724 | 649 | 667 | 708 | |
| **Total Employees and Consultants** | **1,235** | **1,174** | **1,198** | **1,823** | |

| **Leaders identified for New York:*** | Start Date |
|---|---|
| Tech Implementation Manager | 9/1/2024 |
| Senior Director, Contract Manager | 10/8/2024 |
| VP, Operational Implementations | 10/21/2024 |
| Director, Communications | 10/21/2024 |
| Senior Director, Human Resources | 10/29/2024 |
| Director, Enrollment | 11/1/2024 |
| VP, Operations | 11/4/2024 |
| VP, Client Engagement | 11/4/2024 |
| VP, Project Management Office (pending offer) | 11/4/2024 |
| Director, Personal Assistant Support | 11/4/2024 |

- The NY initiative requires 525 hires by the end of 2024 and the eventual hiring of 1,252 for the overall NY program.
- PPL is using a combination of internal recruiters, staffing agencies and consulting firms to hire NY program personnel. The majority will be located in NY state.

# New York Update and Implementation Plan

## Key activities since award notification

**Key Activities Post Award**

1. Contracting
2. Communications, media, government relations, community relations
3. Finalizing implementation plans, data needs/sources with DOH
4. Refining tech and operations requirements
5. Refining financial models
6. Hiring key staff
7. Implementing governance model and project plans

**Continued execution of technology development and operational readiness for CDPAP**

## Implementation planning was well underway before award announcement

### We've taken proactive measures to scale governance processes and project management practices to execute NY's program implementation, including:

[redacted]

### Implementation planning progress to date

- Developed Implementation Plan Framework

[redacted]

### In-process of building a NY dedicated team

- Established NY org. chart – identified 1,200 staff (and qualifications) required to support market
- Of the 14 key leadership positions, 12 have already been filled
- Beginning next tier of key hires across all departments

### Contracted with NY experts for execution support

- Technology and PMO consulting through former NYS CTO and other NYS technology leaders
- Financial model and MLTC negotiations support through HMA
- Legal support through former DOH General Counsel and two other law firms
- Staffing support through NY agency
- Ongoing support from lobbying, community relations, and PR firms

## NY IMPLEMENTATION PLAN – NY STAFF HIRING CRITERIA

Imperative to have a locally-based, industry-tested leadership team

### Key Staff Hiring Criteria

**Location**

- NY state
- Tri-state area
- Remote (exceptions only)

**Industry Expertise**

- 10+ years in Medicaid
  - Reimbursement
  - Operations
  - Claims
  - Regulatory
- 5+ years in NY state
  - Contracting

**Competencies**

- High DOH social capital
- High technical proficiency
- Demonstrated leadership
- Known entity
- Government healthcare knowledge/credentials

## NY IMPLEMENTATION PLAN – DEDICATED TEAMS

### Overview of key operations hires and internal transfers supporting NY implementation

| | Key Hires | Department | Location | Industry Expertise | Competencies | Transition |
|---|---|---|---|---|---|---|
| New Hires | Joe Cunningham<br>VP NY Operations | Operations | Albany, NY | [redacted] | NY DOH Contracting, Operations, Workforce Management, DOH references | 11/04 |
| | Tunde Capizzi<br>VP Client Engagement | Client Engagement | Tri-State | | Government Solutions, MMIS Systems, NY DOH Contract Management, NY OHIP references | 11/04 |
| | Amelia Mayeaux<br>VP NY PMO | PMO | Remote | | PMO, Implementations, Operations, Client Services, PMP, CSOP certified | 11/04 |
| | Art Schloth<br>Strategic Advisor | PMO | Albany, NY | | NY DOH, PMO, Technology, Strategic Planning, Consulting, PMP, SAFe 6.0 Agilist | 10/07 |
| | Amy Purvis<br>Sr. Director HR | Human Resources | Kingston, NY | | Organizational Development, Change Management, Recruiting, Training | 10/28 |
| | Bob Pennacchia<br>Tech Implementation | Technology | Albany, NY | | NY DOH, OHIP references, IT, Consulting, Implementations | 10/01 |
| | Megan Falkey<br>Director PA Support | Operations | Rochester, NY | | Home Health, MLTC, Provider Engagement, NYS references, Registered Nurse | 11/04 |
| | Maria Gordon<br>Dir, Communications | Communications | Tri-State | | Communications, Content Management | 10/21 |
| Internal Transfers | Alayna Bochenek<br>Contract Manager | Client Engagement | Saratoga, NY | | DOH Contract Management, Account Management, DOH references | 10/01 |
| | Lora Schumacker<br>VP Implementations | Growth/ Operations | Relocating | | Operations, Implementations, Conversions, Information Systems | 10/14 |
| | Andrea De La Hoz<br>Project Manager | PMO | Long Island, NY | | Project Management, Education, NYS | 11/04 |
| | Angela Watson<br>Director Enrollment | Operations | Relocating | | Enrollment, Processing, Conversions, Fulfillment | 11/11 |

# NY IMPLEMENTATION PLAN – ORG. CHART

## Robust organizational structure to support both NY implementation and steady state




* Consumer and PA conversion team will transition to become Personal Assistant Support Team

Note: Perrin is named GM, but daily GM oversight will be managed by Capizzi

## Focused execution of near-term priorities

**Near-Term Areas of Focus**

1. Finalize contract and client approval on transition strategy
2. Continued execution of NY hiring and onboarding plan
3. Refine financial model and prep for MLTC negotiations
4. Finalize subcontractor scope, workflows, integration
5. Execute communication plans and assist state with relations as needed
6. Operations readiness (NY offices, benefits, training, call center scripting, materials, etc.)
7. Technology readiness

**Parallel effort to fortify the PPL legacy team and processes to minimize disruption and ensure continued growth and execution outside of NY**

# GOVERNANCE

## Approvals Required

- Approval of Prior Board Meeting Minutes.
- [redacted]

## Summary

[redacted]