Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America
T: +1 202 263 3000
F: +1 202 263 3300
mayerbrown.com

**Arun G. Rao**
Partner
T: +1 202 263 3221
F: +1 202 263 3300
ARao@mayerbrown.com

September 14, 2026

Hon. Orelia E. Merchant
United States District Court Judge
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States of America v. Public Partnerships, LLC, et al.
No. 1:26-cv-3601 (OEM) (JRC)

Dear Judge Merchant:

Pursuant to Section III(G)(2) and Section II(D) of the Individual Rules and Practices, we enclose the following documents, which were filed on September 11, 2026 at Docket Entry No. 50:

- Reply In Support of Motion to Dismiss of Defendants Dr. James McDonald and Amir Bassiri;
- Cover Letter for Defendants Dr. James McDonald and Amir Bassiri's Motion to Dismiss Plaintiff's Complaint;
- Notice of Defendants Dr. James McDonald and Amir Bassiri's Motion to Dismiss Plaintiff's Complaint;
- Memorandum of Law in Support of Motion to Dismiss of Defendants Dr. James McDonald and Amir Bassiri; and
- Declaration of Arun G. Rao in Support of Defendants Dr. James McDonald and Amir Bassiri's Motion to Dismiss with Exhibits.

Respectfully submitted,

*/s/ Arun G. Rao*
Arun G. Rao

*Counsel for Dr. James McDonald and Mr. Amir Bassiri*