**U.S. Department of Justice**
Enforcement & Affirmative Litigation Branch

**Direct Contact**
Phone: (202) 598-5409
Email: Shimeng.Zhang@usdoj.gov

**Overnight Delivery Address**
450 Fifth Street, NW
Sixth Floor South
Washington, D.C. 20001

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044-0386

September 14, 2026

Hon. Orelia E. Merchant
United States District Court Judge
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Public Partnerships, LLC ("PPL") et al., No. 1:26-cv-03601 (OEM)

Dear Judge Merchant:

Pursuant to Section III(G)(1) and Section II(D) of the Individual Rules and Practices, Plaintiff United States encloses the following documents, which were filed on September 11, 2026 at Docket Entries No. 48 and No. 51:

- Memorandum of Law in Opposition to Defendant Public Partnerships, LLC's Motion to Dismiss; and
- Memorandum of Law in Opposition to Defendants Dr. James McDonald and Amir Bassiri's Motion to Dismiss.

Respectfully Submitted,

Shimeng Zhang
Trial Attorney